UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAKE LAVON STORAGE, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-213-ALM |
| | § | |
| ILLINOIS UNION INSURANCE | § | JURY DEMANDED |
| COMPANY, | § | |
|     Defendant. | § | |

### ORDER OF DISMISSAL OF ACTION AGAINST ILLINOIS UNION INSURANCE COMPANY

Before the Court is Defendant Illinois Union Insurance Company ("Illinois Union"), and Plaintiff Lake Lavon, LLC's ("Plaintiff") Stipulation of Dismissal of Action Against Illinois Union Insurance Company as to all claims and causes of action against Illinois Union pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, ORDERED, that this action and all claims that were, or could have been, asserted by or against Illinois Union in this action are DISMISSED. This dismissal is WITH PREJUDICE.

Each party shall bear its own attorneys' fees and costs, and all relief request in this lawsuit and not expressly granted in this order is DENIED.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED**
 SIGNED this 8th day of March, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE